| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Berrigan, Helen G. | 2. Court or Organization Eastern District of Louisiana | 3. Date of Report 05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

7. Chambers or Office Address

500 Poydras Street, Room C-556
United States District Courthouse
New Orleans, LA 70130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 2. Member | LSU Board of Trustees |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | LSU Law School ; Teaching | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citigroup-Common Stock | A | Dividend | J | T | | | | | |
| 2. IBM - Common Stock | C | Dividend | M | T | | | | | |
| 3. Tri-Continental Corp. Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Legg-Mason Partners Fund | A | Dividend | J | T | | | | | |
| 5. T. Rowe Price Growth Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 6. Dreyfous Growth & Income Mutual Fund | A | Dividend | K | T | | | | | |
| 7. Dreyfous Research Growth Fund - Class Z | A | Dividend | J | T | | | | | |
| 8. Dreyfous New Leaders Fund - Class A | A | Dividend | L | T | | | | | |
| 9. Liberty Financial Services N.O., LA Common Stock | C | Dividend | M | T | | | | | |
| 10. Exxon Corp. Common Stock | C | Dividend | M | T | | | | | |
| 11. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 12. ONE OAK Common Stock | B | Dividend | L | T | | | | | |
| 13. Westar Energy, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 14. Fidelity Advison - High Yield Portfolio Class T | B | Dividend | K | T | | | | | |
| 15. Van Kampen - Senio Loan Fund FDCL 1B | A | Dividend | K | T | | | | | |
| 16. Command Money Fund (Wachovia Securites) | A | Interest | K | T | | | | | |
| 17. Centinela Valley CA UN | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harris County, TX Cultured | A | Interest | L | T | | | | | |
| 19. International Paper Co. -- Common Stock | A | Dividend | J | T | | | | | |
| 20. Bank of America Corp. -- Common Stock | A | Dividend | J | T | | | | | |
| 21. Johnson & Johnson -- Common Stock | A | Dividend | K | T | | | | | |
| 22. AT & T Common Stock | A | Dividend | J | T | | | | | |
| 23. Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 24. Dupont E.I. De Nemours -- Common Stock | A | Dividend | J | T | | | | | |
| 25. Fifth Third Bankcorp -- Common Stock | A | Dividend | J | T | | | | | |
| 26. Washington Mutual Inc. -- Common Stock | A | Dividend | J | T | | | | | |
| 27. Capital Income Builder -- Class A | A | Dividend | K | T | | | | | |
| 28. Joseph E. Berrigan, Jr., Inc. PLC PS Plan | E | Int./Div. | N | T | | | | | |
| 29. - Chevron Corp. | B | Dividend | K | T | | | | | |
| 30. - Cleco Corp. | A | Dividend | K | T | | | | | |
| 31. - Consolidated Edison, Inc | B | Dividend | K | T | | | | | |
| 32. - Dominion Resources, Inc. VA New | A | Dividend | J | T | | | | | |
| 33. - Fairpoint Communications | A | Dividend | J | T | | | | | |
| 34. - Frontier Communications | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Kinder Morgan Energy Partners | B | Dividend | K | T | | | | | |
| 36. - Penn Real Estate Investment Trust SBI | A | Dividend | J | T | | | | | |
| 37. -Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 38. - The Southern Company | A | Dividend | J | T | | | | | |
| 39. - Verizon Communications | A | Dividend | J | T | | | | | |
| 40. - Fidelity Advisor Series II High Yield | A | Dividend | K | T | | | | | |
| 41. - Dryden High Yield LD, Inc. Class A | A | Dividend | J | T | | | | | |
| 42. - Pioneer High Yield LD Class A | A | Dividend | J | T | | | | | |
| 43. - Van Kampem Senior Loan Fund FD Class 1B | A | Dividend | J | T | | | | | |
| 44. - Alliance Bernstein, Inc. FND | B | Dividend | K | T | | | | | |
| 45. - American Strategic Income Portfolio, Inc. | B | Dividend | K | T | | | | | |
| 46. - DWS Free Real Estate FD 11 SRO | A | Dividend | J | T | | | | | |
| 47. - ING Primerate TR DPR | A | Dividend | J | T | | | | | |
| 48. - Pimco High Income FD | A | Dividend | J | T | | | | | |
| 49. - AES TR III 6.75% PFD Conv. due 10/15/2029 | A | Dividend | J | T | | | | | |
| 50. - Metlife 5.875% Senior Notes due 11/21/2033 | B | Dividend | K | | | | | | |
| 51. - Smon PPTY Group, Inc., PFD 6.00% | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alabama Power | A | Dividend | P2 | T | | | | | |
| 53. BAC Cap Trust | E | Dividend | K | T | | | | | |
| 54. Entergy LA Bond | B | Dividend | J | T | | | | | |
| 55. H.J. Heinz Co. | B | Dividend | J | T | | | | | |
| 56. Intel Corp. | B | Dividend | J | T | | | | | |
| 57. Kimberly Clark Corp. | A | Dividend | J | T | | | | | |
| 58. Pfizer, Inc. | B | Dividend | J | T | | | | | |
| 59. Thornburg Investment Trust | B | Dividend | K | T | | | | | |
| 60. I Shares I Box Inv. Grade | A | Dividend | J | T | | | | | |
| 61. Entergy LA. Bond | A | Dividend | K | T | | | | | |
| 62. Verizon Communications | A | Dividend | J | T | | | | | |
| 63. SPDR Barclay ETE | E | Dividend | J | T | | | | | |
| 64. Nuveen Energy | E | Dividend | K | T | | | | | |
| 65. Goldman Sachs 6.5% PFD | D | Dividend | J | T | | | | | |
| 66. Enterprise Products | A | Dividend | J | T | | | | | |
| 67. Prudential Yield Fund | B | Dividend | J | T | | | | | |
| 68. Nationwide Life Insurance | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Block A - Personal Information Section -- The date of previous Annual Report filing was incorrect and should have 05/14/2015. That date was not noticed by my secretary before submissiom.

Part VIII - I play no financial decision making role of any sort on the Boards of the George & Jean Pugh Foundation: LSU Law School or the Louisiana State University Board of Trustees. Additionally, as a federal judge, I take the legal, ethical and moral obligations of that position seriously. To that end, I do not have access to an itemized listing of the assets of either boards.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helen G. Berrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544